UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| TERRI J. HELMS EDDY, | Civil No. 3:14-cv-01418-MO |
|---|---|
| Plaintiff, | |
| | ORDER TO PAY |
| vs., | EAJA FEES |
| COMMISSIONER OF SOCIAL SECURITY Defendant. | |

Mosman , Judge:

Following my review of Plaintiff's Motion and supporting documentation, and

consideration of Defendant's response, and pursuant to the Equal Access to Justice

Act, 28 U.S.C. § 2412, $ 13,899.45 is awarded to Plaintiff in care of her attorney, Nancy

J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow,

based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J.

Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130

S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $9.00 for postage expenses, and

$10.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA

fees or for costs and expenses shall be sent to Plaintiff in care of his attorney, Nancy J.

Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

ORDER to pay EAJA fees– 3:14-cv-01418-MO                                    Page 1

IT IS SO ORDERED.

Dated this _____ 10ᵗʰ _____ day of _Feb._ _____, 2017

_____
CHIEF UNITED STATES DISTRICT COURT JUDGE, MICHAEL W. MOSMAN